NO. 07-10-0167-CR

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL D

 AUGUST 4, 2010

 SHANNON ROSS WEAVER,

 Appellant
 v.

 THE STATE OF TEXAS,

 Appellee
 _____________________________

 FROM THE COUNTY COURT OF LAMB COUNTY;

 NO. 15,983; HONORABLE WILLIAM A. THOMPSON JR., PRESIDING

 Anders Opinion

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.
 Shannon Ross Weaver was convicted of driving while intoxicated and
sentenced after a jury trial to sixty days confinement in the county jail
and a fine of $1,000. Appellant appealed.
 Appellant's appointed counsel has filed a motion to withdraw,
together with an Anders[1] brief, wherein he certified that, after
diligently searching the record, he concluded that the appeal was without
merit. Along with his brief, appellate counsel attached a copy of a letter
sent to appellant informing him of counsel's belief that there was no
reversible error and of appellant's right to file a response or brief pro
se. By letter dated July 1, 2010, this court also notified appellant of
his right to file his own brief or response and set July 26, 2010, as the
deadline to do so. To date, appellant has filed neither a response, brief,
nor a request for an extention of time.
 In compliance with the principles enunciated in Anders, counsel
discussed several potential areas for appeal. They include 1) the validity
of the search warrant used to obtain a blood sample from appellant, and 2)
the admission of evidence regarding whether appellant took a portable
breath test. However, appellate counsel explained why each argument lacks
merit.
 We have also conducted our own review of the record to assess the
conclusions of appellate counsel and to uncover any reversible error
pursuant to Stafford v. State, 813 S.W.2d 503 (Tex. Crim. App. 1991). That
review has failed to reveal reversible error.
 Accordingly, the motion to withdraw is granted, and the judgment is
affirmed.[2]

 Brian Quinn
 Chief Justice
Do not publish.
-----------------------
 [1]Anders v. California, 386 U.S. 738, 744-45, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967).

 [2]Appellant has the right to file a pro se petition for discretionary
review from this opinion.